AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF            CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

      v.

RAUL TARABAY,

          Defendant.

**APPEARANCE**

Case Number:   08MJ0652

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

RAUL TARABAY

I certify that I am admitted to practice in this court.

/s/ JOSEPH McMULLEN

_____          _____
3/5/2008                                 Signature
Date

   Joseph McMullen / Federal Defenders of SD          246757
Print Name                                        Bar Number

   225 Broadway, Suite 900
Address

   San Diego, CA  92101
City                    State                    Zip Code

   (619) 234-8467                    (619) 687-2666
Phone Number                               Fax Number

## <u>CERTIFICATE OF SERVICE</u>

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: March 5, 2008

_____/s/  Joseph McMullen_____
JOSEPH McMULLEN
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
e-mail: Joseph_McMullen@fd.org