U.S.A. vs __Raul Tarabay__    No. __08mj0652__

The Court finds excludable delay, under the section indicated by check (✓),
commenced on __3-7-08__ and ended on __3-10-08__ ; ( XM )
_____ and ended on _____ . ( )

__3161(h)__

___ (1)(A)   Exam or hrg for **mental or physical incapacity**    A
___ (1)(B)   **NARA exam**ination (28:2902)    B
___ (1)(D)   State or Federal trials or **other charges pending**    C
___ (1)(E)   **Interlocutory appeals**    D
___ (1)(F)   **Pretrial motions** (from flg to hrg or other prompt dispo)    E
___ (1)(G)   **Transfers from other district** (per FRCrP 20, 21 & 40)    F
___ (1)(J)   **Proceedings under advisement** not to exceed thirty days    G
___          Misc proc: Parole or prob rev, deportation, **extradition**    H
___ (1)(H)   **Transportation** from another district or to/from examination
             or hospitalization in ten days or less    6
___ (1)(I)   Consideration by Court of **proposed plea agreement**    7
___ (2)      **Prosecution deferred** by mutual agreement    I
✗ (3)(A)(B)  **Unavailability of defendant** or **essential witness**    (M)
___ (4)      Period of **mental or physical incompetence** of defendant to
             stand trial    N
___ (5)      Period of **NARA commitment or treatment**    O
___ (6)      **Superseding indictment and/or new charges**    P
___ (7)      **Defendant awaiting trial of co-defendant** when no severance
             has been granted    R
___ (8)(A)(B) **Continuances** granted per (h)(8)-use "T" alone if more than
             one of the reasons below are given in support of continuance    T
___ (8)(B)(I) 1) Failure to grant a **continuance** in the proceeding
                 would result in a **miscarriage of justice** and
                 the ends of justice outweigh the best interest
                 of the public and the defendant in a speedy trial.
                 **(Continuance - miscarriage of justice)**    T1
             2) Failure to grant a **continuance** of the trial would result in
                 a miscarriage of justice as the defendant has tendered a
                 guilty plea to a magistrate judge and is awaiting a
                 determination as to whether the plea will be accepted.
                 **(Continuance - tendered a guilty plea)**
___ (8)(B)(ii) 2) **Case** unusual or **complex**    T2
___ (8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days    T3
___ (8)(B)(iv) 4) **Continuance** granted in order to obtain or substitute counsel,
                 or give reasonable time to prepare
                 **(Continuance re counsel)**    T4
___ 3161(I)  Time up to **withdrawal of guilty plea**    U
___ 3161(b)  **Grand jury indictment time extended** thirty (30) more days    W

Date __3-7-08__    __CAB__
                   Judge's Initials