FILED
APR 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR1058-W |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| RAUL TARABAY, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about March 4, 2008, within the Southern District of California, defendant RAUL TARABAY, did knowingly and intentionally import 100 kilograms or more, to wit: approximately 138.18 kilograms (303.99 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 4/8/08.

KAREN P. HEWITT
United States Attorney

/s/
DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:San Diego
3/17/08