**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
APR 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>Raul Tarabay,<br><br>                Defendant. | CASE NO. 08CR1058-W<br><br>BY:             DEPUTY<br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____    the Court has dismissed the case for unnecessary delay; or

____    the Court has granted the motion of the Government for dismissal; or

____    the Court has granted the motion of the defendant for a judgment of acquittal; or

____    a jury has been waived, and the Court has found the defendant not guilty; or

____    the jury has returned its verdict, finding the defendant not guilty;

__X__    of the offense of: 21 USC 952 and 960.

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/28/08

Thomas J. Whelan
UNITED STATES DISTRICT JUDGE

I have executed within _Judgment of dismissal_
Judgement and Commitment on _4/28/08_
United States Marshal
By: _____
USMS Criminal Section